IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT BIRD, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS BIRD, an individual; et al.;<br><br>Defendants. | **8:23CV47**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Plaintiff shall promptly decide whether he intends to object to Defendant's written discovery requests as untimely and serve any objections to the discovery on or before November 13, 2023. Any motion to compel responses to the discovery, along with any showing of good cause for the alleged untimely service of that discovery, shall be filed on or before November 17, 2023.

2) The parties shall promptly advise the court on whether they can attend the requested settlement conference on the afternoon of December 7, 2023, and/or the morning of December 8, 2023.

Dated this 31st day of October, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge